# MINUTES

CASE NUMBER:    MAG NO. 19-00635 LEK-KSC

CASE NAME:    USA vs. Gerald Rafael Garcia

ATTYS FOR PLA:    Marc A. Wallenstein

ATTYS FOR DEFT:    Craig W. Jerome

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Cynthia Fazio |
| DATE: | 12/18/2019 | TIME: | 09:45 AM - 09:53 AM |
| | | **Sealed** | 09:53 AM - 10:03 AM |
| | | | 10:04 AM - 10:20 AM |

---

COURT ACTION: EP: Competency Hearing on [25] Findings and Recommendations by Magistrate Judge Wes Reber Porter and [34] Defense counsel Motion to withdraw held.

Defendant Gerald Rafael Garcia, present in custody

Court addresses [34] Defense counsel Motion to withdraw.
Government Excused and Courtroom **SEALED** to conduct Ex Parte hearing.

Discussion held.

Court DENIES [34] Defense Motion to Withdraw.

10:04 AM - Courtroom **UNSEALED**

Competency Hearing re [25] Findings and Recommendations by Magistrate Judge Wes Reber Porter held.

Discussion held.

For reasons stated on the record, the Court AFFIRMS [25] Findings and Recommendations by Magistrate Judge Wes Reber Porter.

Court sets a further status hearing to ensure competency proceedings are moving forward as needed SET for 3/23/2020 at 3:30 PM before Judge Leslie E. Kobayashi

Submitted by: Agalelei Elkington, Courtroom Manager